KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUN 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00188-JSW (MEJ) |
|     Plaintiff, ) | [~~PROPOSED~~] ORDER |
|     v. ) | |
| FAREENA ALI, ) | |
|     Defendant. ) | |

    The government's second motion for issuance of a new summons is granted. The Clerk of the Court shall issue a new summons requiring the defendant, Fareena Ali, to appear before the Honorable Edward M. Chen on July 20, 2005 at 9:30 a.m. for arraignment on the indictment.

//

//

//

No. CR-05-00188-JSW (MEJ)
[PROPOSED] ORDER

1  The summons should be addressed as follows:

2      Fareena Ali
    8531 Pasqual Way
3      Stockton, California 95210

4      IT IS SO ORDERED.

6  DATED: June 17, 2005

                                    HONORABLE MARIA ELENA JAMES
                                    UNITED STATES MAGISTRATE JUDGE