KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAREENA ALI, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-05-00188-JSW (JCS) <br><br> STIPULATION TO CONTINUE ARRAIGNMENT DATE; [~~PROPOSED~~] ORDER <br><br> Date: September 6, 2005 <br> Time: 9:30 a.m. |

    The parties hereby stipulate as follows:

    The defendant, Fareena Ali, is scheduled to appear before this Court on September 6, 2005 for arraignment on an indictment charging her with willfully making threatening communications in violation of Title 18, United States Code, Section 844(e). The defendant is pregnant and unable to travel to San Francisco due to the high risk nature of her pregnancy. She is due to deliver on October 28, 2005. She has, through her counsel, Mark T. Sullivan, Esq., requested a continuance of the

No. CR-05-00188-JSW (JCS)
STIP. TO CONT. ARRAIGNMENT DATE

arraignment date. In light of the circumstances, the parties hereby stipulate to continue the arraignment date to November 30, 2005 at 9:30 a.m. before the Honorable Edward M. Chen.

IT IS SO STIPULATED.

DATED: September 2, 2005          Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney


                                  /s/ Monica Fernandez
                                  MONICA FERNANDEZ
                                  Assistant United States Attorney


DATED: September 2, 2005          /s/ Mark T. Sullivan
                                  MARK T. SULLIVAN, ESQ.
                                  Counsel for Defendant Ali

## ORDER

Pursuant to the parties' stipulation, the arraignment is continued until November 30, 2005 at 9:30 a.m. before the Honorable Edward M. Chen.

IT IS SO ORDERED.

DATED September 6, 2005           _____
                                  HONORABLE JOSEPH C. SPERO
                                  UNITED STATES MAGISTRATE JUDGE